United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Abner Monzon, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-20576-Civ-Scola |
| Nancy A. Berryhill, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a ruling on all pre-trial, nondispositive matters, and for a Report and Recommendation on any dispositive matters. On May 8, 2018, Judge Otazo-Reyes issued a Report and Recommendation, recommending that the Court grant the Plaintiff Abner Monzon's motion for summary judgment (ECF No. 20), and that the Court deny the Defendant's motion for summary judgment (ECF No. 21). Neither party filed objections to this report. A district-court judge need conduct a *de novo* review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. When no objections are made, a report may be adopted in full without conducting *de novo* review. *Id.* Nevertheless, the Court reviewed the filings, the applicable law, and the record, and finds that there is insufficient basis to support a determination that the administrative law judge (ALJ) fairly and fully developed the medical evidence of record or adequately assessed the weight of the Medical Source Statement.

Accordingly, the Court **adopts** Judge Otazo-Reyes's Report and Recommendation (**ECF No. 25**), **grants** Plaintiff Monzon's motion for summary judgment (**ECF No. 20**), **denies** the Defendant's motion for summary judgment (**ECF No. 21**), and **remands** this case to the Commissioner for further proceedings in accordance with Judge Otazo-Reyes's Report and Recommendation.

**Done and ordered** at Miami, Florida on May 24, 2018.

Robert N. Scola, Jr.
United States District Judge